TROUTMAN SANDERS LLP
Chad R. Fuller, Bar No. 190830
chad.fuller@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:858.509.6056
Facsunuke:858.509.6040

Attorneys for Defendant
FAMILY FIRST LIFE, LLC, SHAWN MEAIKE,
and LANETTE SULLIVAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>         Plaintiff,<br><br>v.<br><br>FAMILY FIRST LIFE, LLC, a Connecticut limited liability company; SHAWN MEAIKE, an individual and officer of FAMILY FIRST LIFE, LLC; LANETTE SULLIVAN, an individual and employee of FAMILY FIRST LIFE, LLC,<br><br>         Defendants. | Case No. 18-cv-2321-DMS-JLB<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  October 9, 2018<br>Judge:                  Hon. Dana M. Sabraw |

Active 36969061

**PLEASE TAKE NOTICE** that pursuant to a confidential Settlement Agreement entered into by the parties on November 6, 2018, plaintiff COLLETTE STARK and defendants FAMILY FIRST LIFE, LLC, a Connecticut limited liability company, SHAWN MEAIKE, LANETTE SULLIVAN ("Defendants") hereby jointly move under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss this action with prejudice as to all claims and parties, with each party bearing that party's own attorneys' fees and costs.

Dated: November 19, 2018    TROUTMAN SANDERS LLP


By:*/s/Chad R. Fuller*
    Chad R. Fuller

Attorneys for Defendants
and defendants FAMILY FIRST LIFE, LLC, SHAWN MEAIKE, LANETTE SULLIVAN


COLLETTE STARK


By:*/s/Collette Stark*
    Plaintiff In Pro Per

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

Active 36969061

- 2 -

CASE NO. 18-cv-2321-DMS-JLB
JOINT MOTION FOR DISMISSAL WITH PREJUDICE

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 19, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or U.S. mail to:

Collette Stark
2175 Cowley Way
San Diego, CA 92110
619-347-0726
email: videosolutions@me.com

*/s/Chad R. Fuller*
Chad R. Fuller

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

Active 36969061

- 3 -

CASE NO. 18-cv-2321-DMS-JLB
JOINT MOTION FOR DISMISSAL WITH PREJUDICE