# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FAMILY FIRST LIFE, LLC, a Connecticut limited liability company; SHAWN MEAIKE, an individual and officer of FAMILY FIRST LIFE, LLC; LANETTE SULLIVAN, an individual and employee of FAMILY FIRST LIFE, LLC,<br><br>　　　　　Defendants | Case No.  18-cv-02321 DMS-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Having considered the parties' Joint Motion for Dismissal With Prejudice per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the joint motion.  Accordingly, this Court **DISMISSES WITH PREJUDICE** the above-captioned action in its entirety.  Each party will bear its own  attorneys' fees, expenses, and costs.  The Clerk of Court shall terminate the case.

**IT IS SO ORDERED.**

Dated:  November 19, 2018

_____
Hon. Dana M. Sabraw
United States District Judge